# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**CHRISTOPHER McMINN,**

    **Plaintiff,**

**v.**                                                  **Case No.  8:05-cv-109-T-30TGW**

**T-MOBILE USA, INC.,**

    **Defendant.**

_____/

## **ORDER OF DISMISSAL**

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #13).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

    1.    Said Motion (Dkt. #13) is GRANTED.

    2.    This cause is dismissed with prejudice.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 10, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-109.dismissal.wpd